**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Corey Jones,

        Petitioner,

v.

B. Eischen, FPC Duluth,

        Respondent.

Case No. 24-cv-4658 (PJS/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce Foster. No objections have been filed to the Report and Recommendation in the time period permitted.

**ORDER**

Based upon the Report and Recommendation of Magistrate Judge Foster, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Mr. Jones' Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED**; and

2. This action is **DISMISSED with prejudice**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 22 , 2025

                              *s/Patrick J. Schiltz*
                              PATRICK J. SCHILTZ
                              United States District Judge